McGREGOR W. SCOTT
United States Attorney
LAURA L. FERRIS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2932

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 01-539 LKK |
|---|---|---|
| Plaintiff, | ) | |
| | ) | Motion to Correct a Clerical |
| v. | ) | Error in Judgment and |
| | ) | Commitment and Order |
| JAMIE ALAN GANGWER | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

    The government files this Motion to Correct a Clerical Error in the Judgment and Commitment in the above-referenced case.  The motion requests that the incorrect reference to the code section in the judgment and commitment filed on June 20, 2002 be corrected as a clerical error under Federal Rule of Criminal Procedure 36.

    On March 19, 2002 a Superseding Information was filed in the above-referenced case charging the defendant, Jamie Alan Gangwer, with one count of Coercion and Enticement of a Minor to Engage in Illegal Sexual Activity in violation of 18 U.S.C. § 2422(a) and one count of criminal forfeiture pursuant to 18 U.S.C. § 2253.  The defendant pled guilty pursuant to a plea agreement to the charge on

March 26, 2002 and agreed to forfeit all of the property identified in the charging document.  He was sentenced by this honorable Court on June 11, 2002 and a Judgment and Commitment was issued on June 20, 2002.

The Judgment and Commitment contains a clerical error, namely an incorrect reference to the Title and Section of the offense.  The document currently references "18 USC 2242" for a coercion and enticement charge when it should read "**18 USC 2422(a).**"  The government respectfully requests that this clerical error be corrected pursuant to Federal Rules of Criminal Procedure 36 which provides that a court may "at any time correct a clerical error in a judgment . . . arising from oversight or omission." Fed. R. Crim. Pro. 36.  The government makes this request because it will allow the California State Department of Justice Sex Offender Tracking Program to properly assess the subject for sex offender registration.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: March 18, 2008         /s/ Laura L. Ferris
By: LAURA L. FERRIS
Assistant United States Attorney


O R D E R

MOTION GRANTED AND SO ORDERED.

Date: March 21, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT